UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Laura Hansen,                                      Civil No. 10cv02026 SRN/JJK

    Petitioner,

v.                                                 **ORDER**

Abigail Gunderson, et al.,

    Defendant.

---

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated January 27, 2011. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

    1. Plaintiff's amended application for leave to proceed <u>in forma pauperis</u>, (Docket No. 6), is **DENIED**;

    2. Plaintiff's motion for leave to file a second amended complaint, (Docket No. 7), is **DENIED**; and

    3. This action is **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: April 5, 2011

                                               <u>s/ Susan Richard Nelson</u>
                                               SUSAN RICHARD NELSON
                                               United States District Judge